No: 20-3121

Organization for Black Struggle, et al.

Appellees

v.

John R. Ashcroft, in his official capacity as Missouri Secretary of State

Appellant

Greene County Clerk's Office, et al.

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04184-BCW)
_____

**ORDER**

The motion for stay pending appeal is granted. An opinion will follow,

October 22, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans