# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3121

_____

Organization for Black Struggle; St. Louis A. Philip Randolph Institute; Greater Kansas City A. Philip Randolph Institute; National Council of Jewish Women, St. Louis; Missouri Faith Voices

Plaintiffs - Appellees

v.

John R. Ashcroft, in his official capacity as Missouri Secretary of State

Defendant - Appellant

Greene County Clerk's Office; Jackson County Election Board; St. Charles County Election Authority; St. Louis County Election Board

Defendants

AARP; AARP Foundation

Amici Curiae

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04184-BCW)
_____

**JUDGMENT**

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

     The joint motion to dismiss has been considered by the court and is granted. The appeal is dismissed.

     The Court's mandate shall issue forthwith.

                                                                           December 04, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans