# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3121

Organization for Black Struggle, et al.

Appellees

v.

John R. Ashcroft, in his official capacity as Missouri Secretary of State

Appellant

Greene County Clerk's Office, et al.

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:20-cv-04184-BCW)
_____

**MANDATE**

In accordance with the judgment of 12/04/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 04, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit