# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

ORGANIZATION FOR BLACK STRUGGLE, *ET AL.*,

    *Plaintiffs*,

v.

JOHN R. ASHCROFT, *ET AL.*,

    *Defendants*.

No. 2:20-cv-4184-BCW

**Motion for Entry of Clerk's Default as to Defendant Jackson County Election Board**

Plaintiffs request that the Clerk of this Court enter a default as to Defendant Jackson County Election Board. In support, they state:

1. Defendant Jackson County Election Board was served with Plaintiffs' complaint and a summons on September 21, 2020. ECF No. 30.

2. Defendant Jackson County Election Board's answer or other responsive pleading was due on or before October 13, 2020.

3. Defendant Jackson County Election Board has not filed an answer or other responsive pleading, nor has it filed a motion for additional time to file either.

4. On January 28, 2021, Plaintiffs' counsel emailed counsel for Defendant Jackson County Election Board to inquire about the failure to enter and respond. Counsel recently responded that Jackson County Election Board does not intend to enter an appearance and understand that it is in default.

5. "When a party against whom a judgment for affirmative relief is sought has failed

1

to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

WHEREFORE Plaintiffs respectfully request that the Clerk of the Court enter a default as to Defendant Jackson County Election Board.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony Rothert, #44827
Jessie Steffan, #64861
Kayla Deloach, #72424
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, MO 63101
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
kdeloach@aclu-mo.org

Naila Awan*
DĒMOS
80 Broad Street, Fl 4
New York, NY 10014
Telephone: (212) 485-6065
nawan@demos.org

Ezra Rosenberg*
Ryan Snow*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW
Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org

Denise D. Lieberman,* #47013
MISSOURI VOTER PROTECTION COALITION
6047 Waterman Blvd.
St. Louis, MO 63112
Telephone: (314) 780-1833
denise@movpc.org
denise@deniselieberman.com

ATTORNEYS FOR PLAINTIFFS

\* Admitted *Pro Hac Vice*

Certificate of Service

A copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on February 18, 2021. In addition, a copy was mailed to Jackson County Election Board, 215 West Liberty, Independence, Missouri 64051.

/s/ Anthony E. Rothert

3

Case 2:20-cv-04184-BCW   Document 108   Filed 02/18/21   Page 3 of 3