UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JUDGMENT IN A CIVIL CASE

| ORGANIZATION FOR BLACK STRUGGLE, et al., | ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Case No. 20-04184-CV-C-BCW |
| JOHN R. ASHCROFT, In his official capacity as Missouri Secretary of State, et al., | ) ) ) ) ) | |
| Defendant(s). | ) ) | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant Local Election Authorities' Motion to Dismiss or in the Alternative for Judgment on the Pleadings is GRANTED. It is further

**ORDERED** that

Plaintiff's Motion to Certify Class of 116 Local Election Authorities and Alternative Motion to Join is DENIED AS MOOT. It is further

**ORDERED** that

Plaintiff's complaint is hereby dismissed.

September 28, 2021                    Paige Wymore-Wynn
Date                                  Clerk

Entered on   September 28, 2021       /s/ Christy Anderson
                                      (By) Deputy Clerk